IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| AIMAN OTHMAN, | : | CIV. NO. 21-8611 (RMB) |
| Petitioner | : | |
| v. | : | **OPINION** |
| LAMINE N'DIAYE, | : | |
| Respondent | : | |

Petitioner Aiman Othman, a prisoner formerly confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking release based on his medical conditions and the spread of COVID-19 in the prison. (Pet., Dkt. No. 1.) Respondent has filed a request to dismiss the habeas petition as moot (Docket No. 12) because the Federal Bureau of Prisons released Petitioner from custody on November 9, 2022. (Ex. A; Docket No. 12-1). "What was once a live case or controversy may become moot if 'interim relief or events have completely and irrevocably eradicated the effects of the alleged violation.'" *Williams v. Sherman*, 214 F. App'x 264, 266 (3d Cir. 2007) (quoting *County of Los Angeles v. Davis*, 440 U.S. 625, 631 (1979)). Petitioner's release ended his exposure to the spread of COVID-19 in FCI Fort Dix. Therefore, the petition will be dismissed as moot.

An accompanying Order follows.

DATE: **December 7, 2022**

                                                    s/Renée Marie Bumb
                                                    RENÉE MARIE BUMB
                                                    United States District Judge